IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAMON TIMOTHY RASHAAD LARRY,

    Plaintiff,

v.                                         Case No. 4:22-cv-141-AW-MAF

ORIENT ROAD JAIL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 18 Report and Recommendation, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2. The clerk will take appropriate steps to transfer this case to the United States District Court for the Middle District of Florida.

3. The clerk will then close the file.

SO ORDERED on May 22, 2022.

                                          s/ *Allen Winsor*
                                          United States District Judge